UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAMARR ROWELL,<br><br>Petitioner,<br>v.<br><br>STEVE WOLFSON, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00170-MMD-WGC<br><br>ORDER |

Petitioner Lamar Rowell filed what he has styled as a 28 U.S.C. § 2241 habeas corpus petition. He once again challenges his judgment of conviction in Nevada state court Case No. 08C240303. *See Rowell v. Palmer*, Case No. 3:10-cv-00044-RCJ-VPC (Filed Feb. 25, 2010) (regarding the same conviction in Nevada state court). Thus, the Court will dismiss this petition as second and successive.

28 U.S.C. § 2244(3)(A) provides: "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Where a petition has been dismissed with prejudice as untimely or because of procedural default, the dismissal constitutes a disposition on the merits and renders a subsequent petition second or successive for purposes of 28 U.S.C. § 2244. *See McNabb v. Yates*, 576 F.3d 1028, 1029-1030 (9th Cir. 2009); *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).

In 2011, this Court denied Rowell's *pro se* habeas corpus petition on the merits, and judgment was entered. *See Rowell v. Palmer*, Case No. 3:10-cv-00044-RCJ-VPC (Filed Feb. 25, 2010) (ECF Nos. 33, 34). Rowell appealed, and the Ninth Circuit denied a certificate of appealability. *See id.* at ECF Nos. 35, 38.

As this Court has explained before, Rowell's claim that he was improperly adjudicated a habitual criminal is a new claim that the same judgment of conviction violated his federal constitutional rights.[1] *See, e.g., id.* at ECF Nos. 43, 52, 66, 75. Thus, this petition is dismissed as a successive petition. Reasonable jurists would not find the Court's conclusions to be debatable or wrong, and the Court therefore declines to issue a certificate of appealability.

It is therefore ordered that the petition (ECF No. 1) is dismissed with prejudice as second and successive.

It is further ordered that the emergency motion for temporary restraining order (ECF No. 3) is denied as moot.

It is further ordered that a certificate of appealability is denied.

The Clerk of Court is directed to enter judgment accordingly and close this case.

It is further ordered that Petitioner may not file any further documents in this closed case.

DATED THIS 28th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] In this petition, Rowell specifically claims that the Nevada Department of Parole and Probation lacks the power to impose parole because he was improperly adjudicated a habitual criminal.